**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In the matter of: | **Case No.:** 07-31549-dof |
| James W. Petlach and Sandra K. Petlach | **Chapter 13 Proceedings** |
| **Debtor(s).** | **Judge Daniel Opperman** |

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

     The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Verizon North, Inc | 9 | 39 | Unsecured | 739189 | $6.48 |

Dated: June 20, 2011

                                                                      /s/Carl L. Bekofske
                                                   Carl L. Bekofske,
                                                   Standing Chapter 13 Trustee
                                                   400 N. Saginaw St., Ste 331
                                                   Flint, MI 48502
                                                   Telephone: (810) 238-4675
                                                   Fax: (810) 238-4712
                                                   Email: ECF@flint13.com
                                                   P10645